UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORAYA MARIA RIGOR, | No. 2:21-cv-2131 KJM DB PS |
| Plaintiff, | |
| v. | ORDER |
| SANTA CLARA COUNTY PUBLIC DEFENDERS OFFICE, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On April 18, 2022, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 18, 2022 (ECF No. 3) are adopted in full;

2. Plaintiff's November 17, 2021 application to proceed in forma pauperis (ECF No. 2) is denied;

3. Plaintiff's November 17, 2021 complaint (ECF No. 1) is dismissed without prejudice; and

4. This action is closed.

DATED: August 29, 2022.

CHIEF UNITED STATES DISTRICT JUDGE